### BEAM et al. v. STATE ex rel. COUNTY ATTORNEY.

No. 24123. March 19, 1935.

C. B. Leedy, for plaintiffs in error.

W. H. Thomas, Co. Atty., for defendant in error.

PER CURIAM. The appeal was filed October 3, 1932, and the brief of plaintiff in error filed herein July 5, 1933. No brief has been filed by the defendant in error. The cause is reversed and remanded, with directions to vacate the judgment for the plaintiff and enter judgment for the defendants.